JCJ

$400

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19      2511

Saje Natural Business Inc.,

                              Plaintiff,

            v.

Unitrex, Ltd., dba SpaRoom

                          Defendant.

CIVIL ACTION No. _____

**DEMAND FOR JURY TRIAL**

## COMPLAINT

Plaintiff, Saje Natural Business Inc., brings this complaint for trademark infringement and unfair competition.

## THE PARTIES

1.       Saje Natural Business Inc. is a Canadian corporation with a place of business at Lightworks Building, Unit 500, 22 East 5th Avenue, Vancouver, British Columbia, V5T1G8 ("Saje"). Saje sells diffusers and essential oils in the United States, through both its ecommerce site (www.saje.com) and its retail locations. Excerpts from Saje's website are attached as Exhibit A.

2.       One of Saje's best-selling diffusers is its AROMA BREEZE® essential oil diffuser.

3.       On information and belief, Defendant Unitrex, Ltd. is a limited liability company organized under the laws of Ohio, with a place of business at 5050 Taylor Road, Cleveland, Ohio, 44128 ("SpaRoom"). SpaRoom sells diffusers and essential oils, through both its

ecommerce site (www.sparoom.com), and through retailers such as Target and Bed Bath and Beyond. Excerpts from SpaRoom's website are attached as Exhibit B.

4.      On information and belief, SpaRoom was started in 2016. *See* "Our Story" dated April 4, 2018 from SpaRoom's Facebook page, which states that SpaRoom is a "2 year old startup company," attached as Exhibit C.

5.      On information and belief, in the Spring of 2018 SpaRoom launched an essential oil diffuser under the name AromaBreeze. *See* statement from SpaRoom Customer Care, attached as Exhibit D.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over Saje's claims pursuant to 15 U.S.C. § 1051 et seq. and 28 U.S.C. §§ 1331, 1332, and 1338. Venue is proper in this district pursuant to 28 U.S.C. § 1391 (c)(2).

7.      SpaRoom transacts business in the Commonwealth of Pennsylvania. Attached as Exhibit E is a photograph of SpaRoom's AromaBreeze diffuser, which was purchased at Target in North Wales, Pennsylvania.

8.      SpaRoom ships products (including products that infringe the Plaintiff's trademark) into Pennsylvania, including into this judicial district. SpaRoom shipped an AromaBreeze diffuser to an ecommerce customer in Pennsylvania. *See* Exhibit F, an excerpt from SpaRoom's website describing and offering for sale its AromaBreeze diffuser, and order confirmation of shipment of this product to Pennsylvania. SpaRoom also sells dozens of products at Bed Bath & Beyond retail locations, including those in Pennsylvania, and via Bed

Bath & Beyond's ecommerce site. *See* Exhibit G for SpaRoom diffusers and essential oils

currently available at www.bedbathandbeyond.com.

9.    SpaRoom realizes pecuniary gain by its sales of products (including products that

infringe the Plaintiff's trademark) into this judicial district.

## SAJE'S TRADEMARK

10.    Saje is the owner of U.S. Registration No. 5,239,778 for the mark AROMA

BREEZE for "ultrasonic diffusers for emitting scent and reducing dust and other common

airborne allergens." This registration issued on July 11, 2017 and remains in full force and

effect. A copy of Saje's AROMA BREEZE registration, along with current status and title

information from the U.S. Patent and Trademark Office, is attached as Exhibit H.

11.    Saje filed the application that resulted in Registration No. 5,239,778 on July 14,

2016, with a priority date of July 13, 2016. Saje first sold products in the United States under its

AROMA BREEZE mark in 2013.

12.    Saje has used its AROMA BREEZE trademark for diffusers continuously since

2013. A copy of the specimen of use submitted to the United States Patent and Trademark Office

("PTO") in support of its application is attached as Exhibit I.

13.    Saje has expended significant resources promoting and marketing its products

under the AROMA BREEZE mark. As a result of Saje's extensive use of AROMA BREEZE to

distinguish Saje's diffusers, this mark has become widely known.

## COUNT I

### FEDERAL TRADEMARK INFRINGEMENT

14.     Saje repeats and incorporates the averments of the preceding paragraphs of the Complaint as though the same were fully set forth herein.

15.     This Count of the Complaint is for infringement of a registered trademark and arises under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

16.     In the Spring of 2018, long after Saje's adoption and use of its AROMA BREEZE mark, SpaRoom began offering an essential oil diffuser under the name AromaBreeze.  Exhibit D.

17.     The use by SpaRoom of AromaBreeze in connection with essential oil diffusers is likely to cause confusion, mistake, or deception of the public as to the source or sponsorship of the products, or as to an affiliation between the parties.  The relevant public is likely to confuse SpaRoom's AromaBreeze essential oil diffuser with Saje's AROMA BREEZE® essential oil diffusers, thereby resulting in damage and injury to Saje and its business.

18.     Saje has never authorized SpaRoom to use AromaBreeze, nor has Saje had any control over the quality of the products provided or offered by SpaRoom under the AromaBreeze name.  Because of the confusion as to source encouraged by Defendant, Saje's valuable goodwill in its AROMA BREEZE® mark is at the mercy of SpaRoom.

19.     On November 29, 2018, Saje wrote to SpaRoom asking that SpaRoom cease all use of AromaBreeze for an essential oil diffuser.  SpaRoom refused, and continues to sell an AromaBreeze essential oil diffuser.

20.     The trade reputation and goodwill of Saje's business under its AROMA BREEZE® mark are of enormous value to Saje.

21.     SpaRoom's willful and wrongful conduct has proximately caused and will continue to cause Saje substantial injury to its reputation, goodwill and diminution of the value of its business under the AROMA BREEZE® brand.  The harm this wrongful conduct will cause Saje is both ongoing and irreparable.  The amount of damages sustained by Saje has not yet been determined.

## COUNT II

### FEDERAL UNFAIR COMPETITION

22.     Saje repeats and incorporates the averments of the preceding paragraphs of this Complaint as though the same were fully set forth herein.

23.     SpaRoom's conduct alleged above constitutes unfair completion in violation of 15 U.S.C. § 1025(a).

24.     SpaRoom's offering of its essential oil diffusers under the mark AromaBreeze is likely to cause confusion, mistake, and deception among the relevant public.

25.     SpaRoom's willful and wrongful conduct has proximately caused and will continue to cause Saje substantial injury to its reputation and goodwill and diminution of the value of its business.  The harm this wrongful conduct will cause Saje is both imminent and irreparable.  The amount of damage sustained by Saje has not yet been determined.

## DAMAGES AND RELIEF

WHEREFORE, Saje prays for relief as follows:

A.      That this Court hold that Defendant has infringed Saje's AROMA BREEZE®
trademark;

B.      That this Court hold that there is a substantial likelihood that SpaRoom will
continue such unlawful activities unless immediately and permanently enjoined from doing so;

C.      That this Court grant a preliminary and permanent injunction enjoining SpaRoom,
its' agents, servants, employees, attorneys, and those persons in active concert or participation
with them, or any of them, from infringement of Saje's AROMA BREEZE® mark, and from
engaging in unfair trade practices, including enjoining all use of AromaBreeze, or any other
colorable imitation of Saje's AROMA BREEZE® mark, whether as a mark, metatag, keyword,
name, or domain name, or component of a mark, metatag, keyword, name or domain name, or in
any other manner likely to cause confusion with Saje's AROMA BREEZE®;

D.      That this Court order SpaRoom to surrender immediately for destruction all
products and packaging that depict the infringing mark, and other materials constituting
infringement of Saje's rights, in SpaRoom's possession, custody or control pursuant to 15 U.S.C.
§ 1118

E.      That this Court order SpaRoom to account to Saje for SpaRoom's profits, and to
award such profits and the actual damages suffered by Saje as a result of SpaRoom's acts,
together with interest and costs pursuant to 15 U.S.C. § 1117(a);

F.      That all damages sustained by Saje be trebled and that SpaRoom be compelled to pay damages pursuant to 15 U.S.C. § 1117(a); and

G.      That Saje has such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Plaintiff Saje hereby demands a trial by jury on all issues so triable.

Date: _June 7, 2019_

_Laura A. Genovese_
Laura A. Genovese (57,477)
K & G Law LLC
602 S. Bethlehem Pike, Bldg. B
Ambler, PA  19002
(267) 468-7961
lgenovese@kassgen.com

Exhibit A





how can we support your wellness today?

SLEEP    STRESS    HEAD    TUMMY    PAIN    ENERGY

## best sellers



AROMA BREEZE® WHITE
ULTRASONIC DIFFUSER
$69.95

**ADD TO BAG**

PEPPERMINE HALO®
COOLING & SOOTHING OIL BLEND FOR THE
HEAD
$26.95 - $39.95

**ADD TO BAG**

BALANCING ELIXIR
HYDRATING SKIN SERUM
$26.95

**ADD TO BAG**

## nature knows best

**100% NATURAL**

Our ingredients are derived from true, natural sources, which means that you benefit from the healing power of Mother Nature.

**EFFECTIVE**

Choose plant-based medicine. Many of our essential oil blends are licensed as Natural Health Products in Canada and registered as OTC Products in the US.

**CLEAN**

Every ingredient is clearly listed on our labels. Our products have no artificial fragrances, parabens, silicone, or SLS: just nature.

**FIND OUT MORE**

1-877-225-7253    HELLO@SAJE.COM    1-877-225-7253    LIVE CHAT

**About Us**
OUR STORE
EVENTS
CAREERS
PRESS
GIFT CARDS

**Need Help?**
SHIPPING & RETURNS
FAQS
CONTACT US
FIND A STORE

**Follow Us**
BLOG
PODCAST
INSTAGRAM
FACEBOOK
TWITTER
PINTEREST
YOUTUBE

**Our Formulation Guarantee**

Our commitment is to provide the highest quality 100% natural products in the world. If something isn't working for you, we want to make it right. Formulations that do not take care of your wellness needs can be refunded with the original receipt. Without receipt we will happily exchange your item for an alternative blend that better supports your wellness or issue a gift card.

**Our Diffuser Guarantee**

We stand behind the quality of our diffusers and will take back any unit that is no longer functional. Bring it into any location or connect with our Customer Experience team, and we will happily repair or exchange it — it's our lifetime efficacy guarantee. In order to protect the environment and reduce waste, we do not accept returns on previously used functional units.

SIGN UP NOW FOR WELLNESS TIPS, NEWS AND SPECIAL OFFERS.

**SIGN UP**

© 2019 Saje Natural Business | PRIVACY POLICY | TERMS OF USE



FREE SHIPPING WITHIN US ON ORDERS OVER $75. ✕

SHOP    LEARN    FATHER'S DAY

*Saje*

SEARCH    SIGN IN    STORES    ORDER MENU    0 ITEMS

# DIFFUSERS AND BLENDS

Invite wellness home by revitalizing your air with diffusers and 100% plant-based essential oil blends.

HOME / DIFFUSERS & BLENDS                                        102 PRODUCTS

PRICE ⌄      TYPE ⌄

**HAPPY PLACE**
UPLIFTING DIFFUSER BLEND
$26.95

**AROMA OM® WHITE**
ULTRASONIC DIFFUSER
$89.95

**PEACEFUL**
DIFFUSER BLEND COLLECTION
$44.95

45% of people report having trouble falling asleep

SLEEP WELL TONIGHT

**AROMA BREEZE® WHITE**
ULTRASONIC DIFFUSER
$63.96

**AROMA OM® WHITE**
ULTRASONIC DIFFUSER
$129.95

**BRAINSTORM**
DIFFUSER BLEND COLLECTION
$44.95

**AROMA GEM® CASHMERE**
ULTRASONIC DIFFUSER
$64.95

**AROMA GEM® CHROME**
ULTRASONIC DIFFUSER
$39.95

**AROMA OM® DELUXE STONE**

**AROMA BREEZE® ULTRA MATTE BLACK**

**AROMA OM® DELUXE BLACK**

$329.95                        $79.95                        $329.95





**AROMA OM® BLACK**
ULTRASONIC DIFFUSER
**$89.95**

**AROMA CLOUD**
ULTRASONIC DIFFUSER
**$69.95**

**AROMA GEM® MIDNIGHT**
4 PIECE EDITION ULTRASONIC DIFFUSER
**$59.95**







**AROMA GEM® BLACK**
ULTRASONIC DIFFUSER
**$59.95**

**AROMA GEM® TAUPE**
ULTRASONIC DIFFUSER
**$59.95**

**AROMA TIME WHITE**
ULTRASONIC DIFFUSER
**$189.95**







**DAYDREAM**
RELAXING DIFFUSER BLEND
**$22.95**

SHOP HAPPY PLACE

**BLISS**
EUPHORIC DIFFUSER BLEND
**$14.95**







**ESCAPE**
EXOTIC DIFFUSER BLEND
**$15.95**

**PRESENT MOMENT**
GROUNDING DIFFUSER BLEND
**$26.95**

**DEEP BREATH**
REVITALIZING DIFFUSER BLEND
**$14.95**







**AROMA TIME BLACK**

**ENERGY**

**BRAINSTORM**



**BLOOM**
HARMONIZING DIFFUSER BLEND
SALE AT $15.16



**AROMA FAIRY**
CHILDREN'S DIFFUSER BLEND
$16.95



**CITRUS DREAM**
REFRESHING DIFFUSER BLEND
$16.95



**MOUNTAIN HIGH®**
INVIGORATING DIFFUSER BLEND
$16.95 - $26.95



**TRANQUILITY®**
RELAXING DIFFUSER BLEND
$18.95 - $29.95



**SPA SPIRIT®**
HARMONIZING DIFFUSER BLEND
$16.95 - $26.95



**AFTER THE RAIN**
RENEWING DIFFUSER BLEND
$16.95



**CLOUD NINE**
CALMING DIFFUSER BLEND
SALE AT $15.16



**CELEBRATE**
FESTIVE DIFFUSER BLEND
SALE AT $13.76



sweat session

$10 WITH $50 PURCHASE

SHOP NOW



**EMBRACE**
DELIGHTFUL DIFFUSER BLEND
SALE AT $15.96



**CHILL OUT**
GROUNDING DIFFUSER BLEND
$16.95



**GRATITUDE**



**HOUSE WARMING**



**GOOD KARMA**



**FORTIFIED BREEZE**
FRAGRANCE DIFFUSER BLEND
$19.95 - $39.95



**GLOW**
ENERGIZING DIFFUSER BLEND
$11.96



**EXHALE**
ENHANCING DIFFUSER BLEND
$11.96



**INHALE**
SOOTHING DIFFUSER BLEND
$31.95



**LIQUID SUNSHINE®**
CHEERFUL DIFFUSER BLEND
$16.95 - $69.95



**LETS ROAM**
ROTO TRIO DIFFUSER SET
$69.95



**GODDESS**
EXPLORING DIFFUSER BLEND
$30.26



**YOGA**
GROUNDING DIFFUSER BLEND
$31.95 - $69.95



**REFRESH**
REVITALIZING DIFFUSER BLEND
$19.95 - $69.95



**RAIN FOREST**
RENEWING DIFFUSER BLEND
$16.95 - $36.95



**UNWIND**
HARMONIZING DIFFUSER BLEND
$16.95 - $48.95



**TANTRA**
ENHANCING DIFFUSER BLEND
$31.95



**TANTRA**



**TANTRA**



**STRESS RELEASE**







**WELL-BEING**
BALANCING DIFFUSER BLEND
5.11 OZ $15.36

**MY BLEND BAR**
5 FL OZ
$5.95

**CEDARWOOD**
100% PURE ESSENTIAL OIL
$12.95







**CINNAMON**
100% PURE ESSENTIAL OIL
$19.95

**BERGAMOT**
100% PURE ESSENTIAL OIL
$21.95

**CLARY SAGE**
100% PURE ESSENTIAL OIL
$18.95







**EUCALYPTUS**
100% PURE ESSENTIAL OIL
$16.95

**FRANKINCENSE**
100% PURE ESSENTIAL OIL
$24.95 - $74.95

**GERANIUM**
100% PURE ESSENTIAL OIL
$19.95







**JASMINE**
100% PURE ABSOLUTE OIL
$39.95

**JASMINE**
50% ABSOLUTE OIL
$16.95

**LAVENDER HIGH GRADE**
100% PURE ESSENTIAL OIL
$17.95







**LAVENDER HIGH GRADE**

**LEMON**

**LEMONGRASS**



**ORANGE**
100% PURE ESSENTIAL OIL
$22.95



**PATCHOULI**
100% PURE ESSENTIAL OIL
$15.95



**PEPPERMINT**
100% PURE ESSENTIAL OIL
$14.95



**ROMAN CHAMOMILE**
100% PURE ESSENTIAL OIL
$22.95



**ROMAN CHAMOMILE**
100% PURE ESSENTIAL OIL
$14.95



**ROSE**
100% PURE ESSENTIAL OIL
$109.95



**ROSE**
100% PURE ESSENTIAL OIL
$14.95



**ROSEMARY**
100% PURE ESSENTIAL OIL
$11.95



**SAGE**
100% PURE ESSENTIAL OIL
$12.95



**SANDALWOOD**
100% PURE ESSENTIAL OIL
$54.95



**TEA TREE**
100% PURE ESSENTIAL OIL
$14.95 - $39.95



**YLANG YLANG**
100% PURE ESSENTIAL OIL
$21.95



**BATH & BODY BASE**



**JOJOBA**



**SCENT BALL**



**REFILL PADS**
FOR CAR SCENT DISC & CAR DIFFUSER
$4.95



**FRESH AIR ANYWHERE**
ON THE GO DIFFUSER KIT
$18.95



**THE CLASSICS**
DIFFUSER BLEND COLLECTION
$29.95
**Sold Out**



**TRANQUILITY®**
RELAXING DIFFUSER BLEND
$18.95



**UNWIND**
HARMONIZING DIFFUSER BLEND
$18.95



**AROMA ROAM**
ULTRASONIC DIFFUSER
$59.95





**SIGNATURE SELECTION**
DELUXE DIFFUSER BLEND COLLECTION
$59.95
**Sold Out**



**RELAXATION**
DIFFUSER BLEND COLLECTION
$29.95
**Sold Out**



**AROMA GEM® MATTE BLACK**
ULTRASONIC DIFFUSER
$72.95
**Sold Out**



**HAPPINESS**
DIFFUSER BLEND COLLECTION
$29.95
**Sold Out**



**GRAPEFRUIT**
100% PURE ESSENTIAL OIL
$12.95
**Sold Out**



**AROMA CAR**
CAR DIFFUSER
$12.95
**Sold Out**



**CAR SCENTER**






**BEST OF SAJE DELUXE**



**NAMASTE**

Sold Out          Sold Out          Sold Out





**About Us**

OUR STORY

EVENTS

CAREERS

PRESS

GIFT CARDS

**Need Help?**

SHIPPING & RETURNS

FAQS

CONTACT US

FIND A STORE

**Follow Us**

BLOG

PODCAST

INSTAGRAM

FACEBOOK

TWITTER

PINTEREST

YOUTUBE

SIGN UP NOW FOR WELLNESS TIPS, NEWS AND SPECIAL OFFERS.

SIGN UP

**Our Formulation Guarantee**

Our commitment is to provide the highest quality 100% natural products in the world. If something isn't working for you, we want to make it right. Formulations that do not take care of your wellness needs can be refunded with the original receipt. Without receipt, we will happily exchange your item for an alternative blend that better supports your wellness or issue a gift card.

**Our Diffuser Guarantee**

We stand behind the quality of our diffusers and will take back any unit that is no longer functional. Bring it into any location or connect with our Customer Experience team, and we will happily repair or exchange it — it's our lifetime efficacy guarantee. In order to protect the environment and reduce waste, we do not accept returns on previously used functional units.

© 2018 Sage Natural Wellness | PRIVACY POLICY | TERMS OF USE

Exhibit B

FREE SHIPPING NOW AVAILABLE
EXCLUSIONS MAY APPLY »
X

Contact Us Today | 833 720 4650 | Email Us

Aspararoom

Home      Shop ▾      Resources ▾      Customer Care ▾      Login ▾      Become A Wholesaler



## SHOP BY CATEGORY

 Diffusers
 Essential Oils
 CBD Oil
 More
 Dog Whisperer
 Clearance

## Featured Products

Must have products from our top sellers

Diffusers        Essential Oils        Accessories        New Products

AS IF BY FEATURED

  BED BATH & BEYOND         Vitamin Shoppe        CVS/pharmacy         Earth Fare         GREENACRES MARKET

Save 10% on your next order! Sign-up for our weekly newsletter today.

SIGN UP

## From Our Blog

Get insight on Aromatherapy trends, essential oil recipes, exclusive offers, new arrivals, updates, and special promotions from Spafroom!



**How to Make Natural Bug Spray**
May 23rd, 2019

Learn how to make natural bug spray with Essential
Oils in just a few minutes, with all-natural
ingredients, this recipe is affordable and safe for
skin.



**Tips to Moisturize Your Palms, Try a Lotion**
April 16th, 2019

We all know there is no better way to enjoy
Aromatherapy than by diffusing Essential Oils.



**Do You Use Essential Oils, Especially Around
Pets?**
March 4th, 2019

Modern technology has brought new ways to use
Essential Oils, such as diffusing by means of



**FREE SHIPPING NOW AVAILABLE**
EXCLUSIONS MAY APPLY *

Contact Us Today! 833-729-4850 | Email Us



**Ssparoom**

Home | Shop ▾ | Resources ▾ | Customer Care ▾ | Logins ▾ | Become A Wholesaler | 🛒 | 🔍

# Essential Oil Diffusers

Elevate your space with our essential oil diffusers

**Price**



FILTER | Price: $0 — $90

**Light Mode**

- [ ] (14)
- [ ] (10)
- [ ] (5)

**Coverage Area**

- [ ] (20)
- [ ] (10)
- [ ] (20)
- [ ] (10)

**Run Time**

- [ ] (10)
- [ ] (10)
- [ ] (5)
- [ ] (10)
- [ ] (10)

**Power**

- [ ] (20)
- [ ] (20)
- [ ] (20)

Sort by Popularity ▾ | ↑↓ | Show 24 Products ▾ | ⊞ ⊟













**PureMist Essential Oil Diffuser**
$20.00

**Iroika Essential Oil Diffuser**
$80.00

**Halo Essential Oil Diffuser**
$30.00

**Bliss Essential Oil Diffuser – AromaSource**
$60.00

**GuardianAir Essential Oil Diffuser**
$40.00

**AromaPod Essential Oil Diffuser**
$20.00

**SpaMist Value Pack Essential Oil Diffuser**
$30.00

**TulipMist Essential Oil Diffuser + Essential Oil**
$30.00






**Scentifir Essential Oil Diffuser**
$20.00

**Mini PureMist Essential Oil Diffuser**
$15.00

**BellaMist Essential Oil Diffuser + Essential Oil**
$20.00

**Andante Essential Oil Diffuser**
$40.00






**Piccolo Essential Oil Diffuser**
$20.00

**Myste Marble Essential Oil Diffuser – AromaSource**
$40.00

**Enlighten Essential Oil Diffuser**
$60.00

**ScentGo Car Diffuser + Essential Oil**
$12.00






**Mister Quill Essential Oil**

**DebonAir Essential Oil Diffuser –**

**Seascape Essential Oil Diffuser**

**Puralizer Essential Oil Humidifier +**

Get 3 Free Essential Oils



$30.00          $70.00          $50.00

Sale!

Scent de Essential Oil
Diffuser
$30.00

Mini Scentifier
Scent Essential Oil
Diffuser & Essential
Oil
$10.00  $8.00

Hexagon Essential
Oil Humidifier
$70.00

Diffusair Car
Diffuser Silver &
Essential Oil
$15.00



1

## Sparoom Essential Oil Diffusers

Stylish design, affordability, and ground-breaking features elevate . . . . . . . . . . . . . . . . Choose from
dozens of different models, including . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . and more!

Our signature . . . . . . ® models feature beautiful design, long run-times, and ease of use.

Also, AromaSource® models offer more advanced functionality with trendier, more luxurious home-décor oriented
design.

Furthermore, our . . . . . . . . . . . . are perfect for families who embrace aromatherapy as our cute and whimsical
. . . . . . are perfect for a child's bedroom

Finally, one of our newest ventures is . . . . . . . . . . . . Fully functional . . . . . . . . . that emit natural fragrance by
accepting . . . . . . . . . . . . directly into the water tank.

Two new models include . . . . . . ™ and . . . . . . ™ and are the first of their kind to emerge on the market.



**CONTACT US**

5860 Taylor Road
Cleveland, Ohio 44128
Phone: 833 729-4059
Email: info@sparoom.com

**SHOP**

> . . . . . . . .
> Essential Oils
> Diffuser
> More
> Dog Whisperer

**RESOURCES**

> Blog
> Press Releases
> Frequently Asked Questions
> Essential Oil Dilution Guidelines
> Essential Oil Dilution Rates
> Essential Oil Safety & Warnings
> Hemp Frequently Asked Questions

**SOCIAL MEDIA**

©Copyright 2019 | Sparoom | All rights Reserved

We Are Currently Unavailable

FREE SHIPPING NOW AVAILABLE
EXCLUSIONS MAY APPLY*

X

Contact Us Today! 833 729 4610 | Email Us

## aSparoom

Home    Shop ▾    Resources ▾    Customer Care ▾    Login ▾    Become A Wholesaler    🛒   🔍



# Essential Oil Diffusers

Get 3 Free Essential Oils

**Price**

FILTER    Price: $0 — $90

Sort by Popularity    ▾   ↑    Show 24 Products    ▾    ▦ ▤

**Light Mode**

- [ ]   (14)
- [ ]   (10)
- [ ]   (7)

**Coverage Area**

- [ ]   (28)
- [ ]   (12)
- [ ]   (12)
- [ ]   (12)

**Run Time**

- [ ]   (5)
- [ ]   (10)
- [ ]   (5)
- [ ]   (4)
- [ ]   (6)

**Power**

- [ ]   (2)
- [ ]   (28)
- [ ]   (10)







**TurboMist Essential Oil Humidifier**
$80.00

**PremAir Essential Oil Diffuser - AromaSource**
$90.00

**Mini Moderno Essential Oil Diffuser**
$25.00

**Smellies – Car Air Freshener – Lavender Field**
$5.00







**AromaBreeze Essential Oil Diffuser + Essential Oil**
$15.00

**Celeste Essential Oil Diffuser**
$30.00

**Elegante Essential Oil Diffuser AromaSource**
$70.00

**Smellies – Car Air Freshener – Tropical Berry**
$5.00






**Onyx White Essential Oil Diffuser**
$50.00

**Lumiere Essential Oil Diffuser**
$60.00

**OceanMist Essential Oil Diffuser**
$40.00

**Mini Scentifier Postable Diffuser Kit**
$30.00






**Smellies – Car Air Freshener – Fresh Meadow**
$5.00

**Smellies – Car Air Freshener – Clean Breeze**
$5.00

**Zen Essential Oil Diffuser**
$60.00

**BlingAir Car Diffuser Pink + Essential Oil**
$15.00






**PremAir Essential Oil Diffuser**

**BlingAir Car Diffuser Blue +**

**Trapeze Vanilla Bean Air Freshener**

**Trapeze Cedar Citrus Air**





$70.00
$15.00
$6.00






Mini Forestations          Onyx Black                 Trapeze Lavender           Mini Scentfilier
Reed Diffuser -            Essential Oil              Air Freshener              Essential Oil
Vanilla Bean              Diffuser                    $6.00                      Diffuser
$10.00                    $50.00                                                 $14.00





© Copyright 2024 | Spaaroma | All Rights Reserved

We Are Currently Unavailable

FREE SHIPPING NOW AVAILABLE
EXCLUSIONS MAY APPLY »



## Essential Oil Diffusers






**Mini Plantations Reed Diffuser - Lavender**
$10.00

**Mini Plantations Reed Diffuser - Cedar Citrus**
$10.00

**Tropics Sea Breeze Air Freshener**
$6.00

**Emoji Smellie - Clean Breeze**
$6.00






**Plantations Wood Reed Diffuser - Lavender**
$25.00

**Plantations Wood Reed Diffuser - Vanilla Rose**
$25.00

**Plantations Wood Reed Diffuser - Cedar Citrus**
$25.00

**Emoji Smellie - Rainbow Black**
$6.00





**Reed Diffuser Solution Refill - Cedar Citrus**
$10.00

**Reed Diffuser Solution Refill - Vanilla Rose**
$10.00

**Reed Diffuser Solution Refill - Lavender**
$10.00

**Emoji Smellie - Fresh Meadow**
$6.00








**Emoji Smellie - Calming Lavender**
$6.00

**Emoji Smellie - Baby Citrus**
$6.00

**Emoji Fan Diffuser**
$20.00

**Emoji Smellie - Tropical Fruit**
$6.00







Exhibit C



## Our Story

SPAROOM   WEDNESDAY, APRIL 4, 2018

Enjoy a better sensory experience anytime, anywhere. From healthy humidification and soothing aromatherapy to the perfect slipper, anyone can create a spa-like feeling that will enhance their environment wherever they go. Many of SpaRoom's products have already gained acceptance by leading salons, spas and specialty retailers throughout the U.S., and also in Europe.

SpaRoom personifies lifestyle products for health and home. Wellness is promoted throughout the range of colorful, design-oriented objects. The contemporary look is carried out with a daring approach to "feel-good" that fits right in with leading therapy and lifestyle emporiums.

"Smelling good" is their mantra --The development of 100% pure essential oils, all of which are wild crafted, boasts of exotic herbal elements from around the world. A subtle therapeutic influence is characteristic of their entire line with a clever mix of ancient aromatherapy.

The company has lead the industry with their premier ultrasonic mister. Essential oil enthusiasts and patrons of health and wellness are raving about the AromaMist.

"The performance of this diffuser and our continued development of similar products is responsible for the exponential growth of our 2 year old startup company", says Les Wagenheim, President and founder of Unitex (parent company of SpaRoom).

He and his wife Carol have recently bonded with Entrex Inc in Tokyo. Partnering with their 24 department stores and distribution throughout Japan is creating further opportunities beyond their well-documented success in America.

Exhibit D

25 October 2018

When did you start selling your AromaBreeze essential oil diffuser?



Chat started
SpaRoom Customer Care joined the chat



**SpaRoom Customer Care**
The AromaBreeze became available around Spring

**You — Please update your info**
Thanks. Spring this year (2018)?



**SpaRoom Customer Care**
Yes, if you need an exact date, I can verify and get back with you via email.



25 October 2018

May I ask what this is in regards to?

**You — Please update your info**
Close enough. Thanks!



**SpaRoom Customer Care**
You are welcome

Exhibit E



OIL DIFFUSR
SPA FAN AROMABREZE+5ML

S07365

# 14.99



054 09 3288
6-4-7    1
00736

Exhibit F

FREE SHIPPING NOW AVAILABLE
EXCLUSIONS MAY APPLY

Aroparoom

Home    Shop    Resources    Customer Care    Log In    Become A Wholesaler

## AromaBreeze Essential Oil Diffuser + Essential Oil

$15.00

Enjoy a bold performance with this compact fan essential oil diffuser. Replaceable micro-fiber scent pads (als which there are 3 included) broadcast healthy aromatherapy with a whisper quiet fan. Add a few drops of our 5mL Spaoom Blend essential oil, included, to freshen any space and enliven your senses. Battery operated for wireless freedom or plug into any USB port for extended use. Rotating colors add to the multitude of features. Comes 5mL Eucalyptus 100% Pure Essential Oil.

- ✓ 5mL 3mL Spaoom Blend 100% Pure Essential Oil
- ✓ Small Room Size
- ✓ Cordless operation
- ✓ Rotating freeze colors or straight mode
- ✓ Ultrasonic Diffuser
- ✓ Safety Shut Off
- ✓ Includes USB cord or 2 AAA batteries (not included)

### Frequently Bought Together

Twelve microfiber absorbing refill pads for the Orbit fan essential oil diffuser.

Works with the following models: MingAir, AromaBreeze, Orbit, Cargo and Eclipse.

☐ Add for price $2.50

☐ Add for $2.50

— 1 +    ADD TO CART

SKU SO4385

Categories:

## Additional Information

| | |
|---|---|
| Weight | 0.45 lbs |
| Dimensions | 4.25 × 4.25 × 4.8 in |
| Automatic Safety | Yes |
| Low Moisture Protection | Unlimited |
| Intermittent Operation | n/a |
| Light Mode | Rotating color |
| Power | Battery, USB Power Cord |
| Single Package Dimensions | 4.25 L × 4.25 W × 4.8 H |
| Single Package Weight | 0.45 lbs |
| Case Pack Dimensions | 35 L × 35 W × 17 H |
| Case Pack Weight | 0.15 lbs |
| Single Pack Coverage Area | Small – Up to 100 sq ft |

5/6/2019

Gmail - Your SpaRoom order has been received!

 Gmail

Laura G <99genovese@gmail.com>

---

**Your SpaRoom order has been received!**
1 message

---

**SpaRoom** <info@sparoom.com>
Reply-To: SpaRoom <info@sparoom.com>
To: 99genovese@gmail.com

Wed, May 1, 2019 at 8:07 PM

---



# Thank you for your order

Hi Laura,

Just to let you know — we've received your order #30288, and it is now being processed:

## [Order #30288] (May 1, 2019)

| Product | Quantity | Price |
|---|---|---|
| AromaBreeze Essential Oil Diffuser + Essential Oil | 1 | $15.00 |
| **Subtotal:** | | $15.00 |
| **Shipping:** | | $6.49 via First-Class Mail® |
| **Tax:** | | $0.00 |

5/6/2019                          Gmail - Your SpaRoom order has been received!

| Product | Quantity | Price |
|---------|----------|-------|

**Payment method:**                              Credit Card

**Total:**                                        $21.49

## Billing address                    ## Shipping address

*Laura Genovese*                       *Laura Genovese*
*200 Summit Ave*                       *200 Summit Ave*
*Fort Washington, PA 19034*            *Fort Washington, PA 19034*
*+12158508833*
*99genovese@gmail.com*

Thanks!

SpaRoom

Exhibit G



## BED BATH & BEYOND®

97 SEARCH RESULTS FOR

## "sparoom"

Showing 1 - 96 of 97 products

Product Type ⌄  |  Ratings ⌄  |  All Filters  |  Online and In Store  |  Availability ⌄



**$29.99 - $39.99**

SpaRoom®
CBD Essential
Oil Collection

★★★★★ 13

Free Shipping
on Orders Over
$39

| Choose Opti

⬚ Com

---



**$29.99**

SpaRoom®
Relief CBD
Essential Oil
Roll On

★★★★★ 5

Free Shipping
on Orders Over
$39

⬚ Com

---

**$39.99**

SpaRoom®
CBD Essential
Oils (Set of 3)

★★★★★ 1

Free Shipping
on Orders Over
$39

⬚ Com

---



**$69.99**

SpaRoom®
ProAir™
Ultrasonic
Diffuser with
Bluetooth®

★★★★☆ 5

Free Shipping
on Orders Over
$39

⬚ Com



**$14.99**

SpaRoom®
Essential Oil
Collection

★★★★★ 8

**Free Shipping
on Orders Over
$39**

**Choose Opti**

⬜ Com



**$19.99**

SpaRoom®
Scentifier™
Fragrance
Aromatherapy
Diffuser

★★★★★ 58

**Free Shipping
on Orders Over
$39**

⬜ Com



**$39.99**

SpaRoom®
Broad
Spectrum
Water Soluble
CBD Oil

★★★★★ 3

**Free Shipping
on Orders Over
$39**

⬜ Com



**$24.99**

SpaRoom®
Forestation™
Lavender Reed
Diffuser

**Free Shipping
on Orders Over
$39**

⬜ Com



**$9.99 Each**

SpaRoom®
Room Therapy
Room Spray

★★★★★ 20

**Best Seller**

**Free Shipping
on Orders Over
$39**



**$59.99**

SpaRoom®
SeaScape™
Glass Essential
Oil Diffuser in
Blue Swirl

★★★★★ 5

**Free Shipping
on Orders Over
$39**

**$24.99**

SpaRoom®
Forestation™
Cedar Citrus
Reed Diffuser

**Free Shipping
on Orders Over
$39**



**$19.99**

SpaRoom®
AromaPod
Portable
Diffuser in
White/Teal

★★★★★ 63

**Free Shipping
on Orders Over
$39**

| Choose Opti |

Com

Com

Com

Com

**$24.99**

SpaRoom®
Forestation™
Vanilla Bean
Reed Diffuser

**Free Shipping
on Orders Over
$39**

**$39.99**

SpaRoom®
GuardianAir®
Ultrasonic
Adjustable Mist
Diffuser

★★★★★ 9

**Free Shipping
on Orders Over
$39**

**$59.99**

SpaRoom®
Enlighten™
Ultrasonic
Essential Oil
Diffuser

★★★★★ 8

**Free Shipping
on Orders Over
$39**

**$29.99**

SpaRoom®
Scentifier™ Mini
Portable
Diffuser Set in
White

**Free Shipping
on Orders Over
$39**

Com

Com

Com

Com

**$69.99**

SpaRoom®
MegaMist™
Essential Oil
Humidifier

★★★★★ 4

**$19.99**

SpaRoom
PureMist™
Directional Mist
Ultrasonic
Diffuser

**$39.99**

SpaRoom®
Sleep CBD
Essential Oil

★★★★★ 1

**$19.99**

SpaRoom®
Piccolo
Ultrasonic
Plastic Diffuser
in White

★★★★★ 58

Free Shipping
on Orders Over
$39

Free Shipping
on Orders Over
$39

Free Shipping
on Orders Over
$39

★★★★★ 8

Free Shipping
on Orders Over
$39

⬚ Com

⬚ Com

⬚ Com

⬚ Com

$29.99

SpaRoom®
SpaMist Value
Pack

★★★★★ 4

Free Shipping
on Orders Over
$39

$7.99

SpaRoom® 6
oz. Eucalyptus
Mint Shower
Spray

★★★★★ 5

Free Shipping
on Orders Over
$39

$29.99

SpaRoom® Dog
Whisperer®
Calm CBD
Essential Oil
Roll On

Free Shipping
on Orders Over
$39

$7.99

SpaRoom®
Breathe Easy 10
mL Essential Oil

Free Shipping
on Orders Over
$39

⬚ Com

⬚ Com

⬚ Com

⬚ Com

$60.00

SpaRoom®
Jade Ultrasonic
Essential Oil

$24.99

SpaRoom®
Mini Moderno
Ultrasonic

$19.99

SpaRoom® 3-
Pack Everyday
Essential Oils

$14.99

SpaRoom®
Lavender
Essential Oil

Diffuser Sage/Brown

★★★★★ 1

**Free Shipping on Orders Over $39**

Com

Diffuser in White

★★★★★ 1

**Free Shipping on Orders Over $39**

Com

**Free Shipping on Orders Over $39**

Com

★★★★★ 4

**Free Shipping on Orders Over $39**

Com

**$39.99**

SpaRoom® Tranquil CBD Essential Oil

**Free Shipping on Orders Over $39**

Com

**$39.99**

SpaRoom® Moderno™ Ultrasonic Diffuser

**Free Shipping on Orders Over $39**

Com

**$59.99 Each**

SpaRoom® MarbleMist™ Glass Diffusing Mister

★★★★★ 18

●

**Free Shipping on Orders Over $39**

**Choose Opti**

Com

**$9.99**

SpaRoom® Klenzor™ 6-Count Diffuser Cleansing Tablets

★★★★★ 4

**Free Shipping on Orders Over $39**

Com

**$12.99**

SpaRoom®
Bottle Variety
Pack

★★★★½ 6

Free Shipping
on Orders Over
$39

**$7.99**

SpaRoom®
Eucalyptus 10
mL Essential Oil

Free Shipping
on Orders Over
$39

**$11.99**

SpaRoom® 10
mL Organic
Essential Oil
Blend
Collection

Free Shipping
on Orders Over
$39

Choose Opti·

**$7.99**

SpaRoom® Kids
Korner™ 100%
Pure Essential
Oil Collection

★★★★★ 1

Best Seller

Free Shipping
on Orders Over
$39

Choose Opti·

Com

Com

Com

Com

**$3.00**

SpaRoom®
CarGo™ and
Orbit 12-Pack
Fan Diffuser
Refill Pads

★★★★★ 1

Free Shipping
on Orders Over
$39

**$7.99**

SpaRoom®
SpaRoom
Blend 10 mL
Essential Oil

Free Shipping
on Orders Over
$39

**$29.99**

SpaRoom®
Sleep CBD
Essential Oil
Roll On

★★★★★ 1

Free Shipping
on Orders Over
$39

**$29.99**

SpaRoom® Kids
Korner™
Celeste
Ultrasonic
Diffuser

Free Shipping
on Orders Over
$39

Com

Com

Com

Com



**$7.99**

SpaRoom® 6 oz. Lavender Pillow Spray

★★★★★ 2

Free Shipping on Orders Over $39



**$19.99**

SpaRoom® 3-Pack Vitality Essential Oils

Free Shipping on Orders Over $39



**$14.99**

SpaRoom® Eucalyptus Essential Oil

★★★★★ 3

Free Shipping on Orders Over $39



**$29.99**

SpaRoom® Dog Whisperer® CBD Essential Oil Roll On

★★★★★ 1

**Best Seller**

**Free Shipping on Orders Over $39**

Choose Opti

Com

Com

Com

Com



**$7.99**

SpaRoom® Lemongrass 10 mL Essential Oil

Free Shipping on Orders Over $39

**$7.99**

SpaRoom® Lavender 10 mL Essential Oil

Free Shipping on Orders Over $39



**$14.99**

SpaRoom® Roll-A-Therapy Kit

★★★★★ 5

**Free Shipping**



**$29.99**

SpaRoom® Energy CBD Essential Oil Roll On

★★★★★ 1

on Orders Over
$39

Free Shipping
on Orders Over
$39

⊡ Com          ⊡ Com          ⊡ Com          ⊡ Com

**$7.99**       **$7.99 Each**   **$7.99**       **$11.99**

SpaRoom®       SpaRoom®       SpaRoom®       SpaRoom® 10
Peppermint 10  Carrier Oil    Lemon Zest 10  mL Organic
mL Essential Oil               mL Essential Oil  Essential Oil

Free Shipping  Free Shipping  Free Shipping  Free Shipping
on Orders Over on Orders Over on Orders Over on Orders Over
$39            $39            $39            $39

               Choose Opti·                  Choose Opti·

⊡ Com          ⊡ Com          ⊡ Com          ⊡ Com

**$14.99**      **$29.99**      **$9.99**       **$7.99**

SpaRoom®       SpaRoom®       SpaRoom®       SpaRoom®
Essential Oil  Halo™ USB      RoomTherapy    Sleep 10 mL
Blend          Diffuser       Cool           Essential Oil
                              Peppermint
                              Room Spray

★★★★★ 1                       Free Shipping

               Free Shipping                  Free Shipping

Free Shipping
on Orders Over
$39

on Orders Over
$39

★★★★★ 1

Free Shipping
on Orders Over
$39

on Orders Over
$39

Com

Com

Com

Com

**$24.99**

sparoom®
Spring
Essentials 3-
Piece 100%
Pure Essential
Oil Set

Free Shipping
on Orders Over
$39

**$99.99**

SpaRoom®
AromaLuxe™
Essential Oil
Nebulizer

★★★★★ 1

Free Shipping
on Orders Over
$39

**$39.99**

SpaRoom®
Energy CBD
Essential Oil

Free Shipping
on Orders Over
$39

**$14.99**

SpaRoom®
BlingAir™ Car
Vent Essential
Oil Diffuser

★★★★★ 1

Free Shipping
on Orders Over
$39

Choose Opti

Com

Com

Com

Com

**$49.99**

SpaRoom®
Black Marble
Onyx™ Essential
Oil Diffuser

**Free Shipping
on Orders Over
$39**

⬚ Com

**$9.99**

SpaRoom®
Room Therapy
Royal Lavender
Room Spray

★★★★★ 15

**Free Shipping
on Orders Over
$39**

⬚ Com

**$29.99**

SpaRoom® Dog
Whisperer®
Sleep CBD
Essential Oil
Roll On

**Free Shipping
on Orders Over
$39**

⬚ Com

**$29.99**

SpaRoom® Dog
Whisperer®
Original CBD
Essential Oil
Roll On

★★★★★ 1

**Free Shipping
on Orders Over
$39**

⬚ Com

**$14.99**

SpaRoom®
Peppermint
Essential Oil

**Free Shipping
on Orders Over
$39**

⬚ Com

**$7.99**

SpaRoom®
Sweet Almond
Carrier Oil

**Free Shipping
on Orders Over
$39**

⬚ Com

**$11.99**

SpaRoom®
Lavender 10 mL
Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

⬚ Com

**$11.99**

SpaRoom®
Orange 10 mL
Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

⬚ Com

**$14.99**

SpaRoom®
Lemon 10 mL
Essential Oil

**Free Shipping
on Orders Over
$39**

Com

**$7.99**

SpaRoom® "The
Essential Oils
Handbook" by
Jennie Harding

★★★★☆ 3

**Clearance!**

**Free Shipping
on Orders Over
$39**

Com

**$7.99**

SpaRoom®
Cool Mint 10
mL Essential Oil

**Free Shipping
on Orders Over
$39**

Com

**$11.99**

SpaRoom®
Immunity
Blend 10 mL
Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

Com

**$11.99**

SpaRoom®
Sleep Blend 10
mL Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

Com

**$2.99**

SpaRoom®
MiniScentifier
Refill
Aromatherapy
Absorbing Pads
(Set of 6)

★★★★★ 1

**Free Shipping
on Orders Over
$39**

Com

**$7.99**

SpaRoom® Kids
Korner™ Hush
Little Baby
100% Pure
Essential Oil

**Free Shipping
on Orders Over
$39**

Com

**$30.99**

Mister Quill
Ceramic
Ultrasonic
Diffuser in
White

★★★★★ 1

**Free Shipping
on Orders Over
$39**

Com



**$16.00**

SpaRoom
Jojoba Carrier
Oil

**Free Shipping
on Orders Over
$39**



**$2.99**

SpaRoom® 6-
Pack
Scentifier™
Refill Pads

★★★★★ 12

**Free Shipping
on Orders Over
$39**



**$9.99**

SpaRoom®
Eucalyptus
H2Oil Essential
Oil Humidifier
Solution

★★★★★ 1

**Free Shipping
on Orders Over
$39**



**$40.99**

SpaRoom® Kids
Korner™
OceanMist
Essential Oil
Diffuser in
White

**Free Shipping
on Orders Over
$39**

⎙ Com

⎙ Com

⎙ Com

⎙ Com



**$9.99**

SpaRoom®
Sleep Blend
H2Oil Essential
Oil Humidifier
Solution

★★★★★ 4

**Free Shipping
on Orders Over
$39**



**$9.99**

SpaRoom®
Lavender H2Oil
Essential Oil
Humidifier
Solution

★★★★★ 5

**Best Seller**

**Free Shipping
on Orders Over
$39**



**$79.99**

SpaRoom®
Troika™ 3 Tank
Essential Oil
Diffuser

**Free Shipping
on Orders Over
$39**



**$19.99**

SpaRoom® 3-
Pack Signature
Essential Oils

**Free Shipping
on Orders Over
$39**



Choose Opti

Com          Com          Com          Com

**$7.99**

SpaRoom®
Grape Seed
Carrier Oil

**Free Shipping
on Orders Over
$39**

**$11.99**

SpaRoom®
Peppermint 10
mL Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

**$11.99**

SpaRoom®
Eucalyptus 10
mL Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

**$11.99**

SpaRoom®
Lemon 10 mL
Organic
Essential Oil

**Free Shipping
on Orders Over
$39**

Com          Com          Com          Com

**$19.99**

SpaRoom
PocketAroma™
Personal
Diffuser

**Free Shipping
on Orders Over
$39**

**$89.99**

SpaRoom®
TurboMist™
Essential Oil
Humidifier

**Free Shipping
on Orders Over
$39**

**$29.99**

SpaRoom® 3-
Pack Organic
Essential Oils

**Free Shipping
on Orders Over
$39**

**$7.99**

SpaRoom® Kids
Korner™
Lavender 100%
Pure Essential
Oil

**Free Shipping
on Orders Over
$39**



☐ Com          ☐ Com          ☐ Com          ☐ Com

**$9.99**

SpaRoom®
Lavender H2Oil
Essential Oil
Humidifier
Solution

**Free Shipping
on Orders Over
$39**

**$7.99**

SpaRoom® Kids
Korner™
Tummy 100%
Pure Essential
Oil

**Free Shipping
on Orders Over
$39**

**$7.99**

SpaRoom® Kids
Korner™
Pacifier 100%
Pure Essential
Oil

**Free Shipping
on Orders Over
$39**

**$7.99**

SpaRoom® Kids
Korner™
Germinator
100% Pure
Essential Oil

★★★★★ 1

**Free Shipping
on Orders Over
$39**

☐ Com          ☐ Com          ☐ Com          ☐ Com

Showing 1 - 96 of 97 products   ‹ Back        1        2        Next ›

## Did you find what you were looking for?

Yes        No

Exhibit H

# United States of America

## United States Patent and Trademark Office

# AROMA BREEZE

**Reg. No. 5,239,778**

**Registered Jul. 11, 2017**

**Amended Feb. 19, 2019**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Saje Natural Business Inc. (CANADA CORPORATION)
Lightworks Building
Unit 500 - 22 East 5th Avenue
Vancouver, Bc, CANADA V5T1G8

CLASS 11: ultrasonic diffusers for emitting scent and reducing dust and other common airborne allergens

FIRST USE 00-00-2013; IN COMMERCE 00-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-103,933, FILED 07-14-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

Generated on: This page was generated by TSDR on 2019-06-05 19:00:10 EDT

Mark: AROMA BREEZE

AROMA BREEZE

| | | | |
|---|---|---|---|
| US Serial Number: | 87103933 | Application Filing Date: | Jul. 14, 2016 |
| US Registration Number: | 5239778 | Registration Date: | Jul. 11, 2017 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Jul. 11, 2017 | | |
| Publication Date: | Apr. 25, 2017 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | AROMA BREEZE |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Priority Claimed: | Yes | | |
| Foreign Application Number: | 1,791,266 | Foreign Application Filing Date: | Jul. 13, 2016 |
| Foreign Application/Registration Country: | CANADA | | |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: ultrasonic diffusers for emitting scent and reducing dust and other common airborne allergens

| | | | |
|---|---|---|---|
| International Class(es): | 011 - Primary Class | U.S Class(es): | 013, 021, 023, 031, 034 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | 2013 | Use in Commerce: | 2013 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | Yes | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name: Saje Natural Business Inc.

Owner Address: Lightworks Building
Unit 500 - 22 East 5th Avenue
Vancouver, BC V5T1G8
CANADA

Legal Entity Type: CORPORATION

State or Country CANADA
Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Docket Number: 1355-121

### Correspondent

Correspondent TANYA M. REITZEL
Name/Address: 1081 CAMBIE STREET
VANCOUVER, BC V6B5L7
CANADA

Phone: 604-687-7432                          Fax: 604-687-3478

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jan. 11, 2019 | AMENDMENT UNDER SECTION 7 - ISSUED | 71378 |
| Jan. 09, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71378 |
| Dec. 28, 2018 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Dec. 28, 2018 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 23, 2018 | TEAS SECTION 7 REQUEST RECEIVED | |
| Aug. 22, 2018 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jul. 11, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 25, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 25, 2017 | PUBLISHED FOR OPPOSITION | |
| Apr. 05, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 23, 2017 | ELECTRONIC RECORD REVIEW COMPLETE | 76572 |
| Mar. 17, 2017 | ON HOLD - ELECTRONIC RECORD REVIEW REQUIRED | |
| Mar. 07, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 14, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Feb. 14, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 14, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 14, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 14, 2016 | NON-FINAL ACTION WRITTEN | 76933 |
| Oct. 14, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 14, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 14, 2016 | NON-FINAL ACTION WRITTEN | 76933 |
| Oct. 09, 2016 | ASSIGNED TO EXAMINER | 76933 |
| Jul. 21, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jul. 20, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 18, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

Change In Yes
Registration:

Amendment to a The drawing is amended to appear as follows: AROMA BREEZE
Registration/Renewal

Certificate:

# TM Staff and Location Information

TM Staff Information - None

File Location

Current Location: TMEG LAW OFFICE 106          Date in Location: Jan. 11, 2019

# Assignment Abstract Of Title Information

Summary

Total Assignments: 3          Registrant: Saje Natural Business Inc.

## Assignment 1 of 3

| | |
|---|---|
| Conveyance: | SECURITY INTEREST |
| Reel/Frame: | 5906/0599 |
| Date Recorded: | Oct. 21, 2016 |
| Supporting Documents: | assignment-tm-5906-0599.pdf |

Pages: 35

**Assignor**

| | | | |
|---|---|---|---|
| Name: | SAJE NATURAL BUSINESS INC. | Execution Date: | Oct. 21, 2016 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CANADA |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | BANK OF MONTREAL | State or Country Where Organized: | CANADA |
| Legal Entity Type: | CORPORATION | | |
| Address: | 6TH FLOOR, 595 BURRARD ST. VANCOUVER, BC, CANADA V7X 1L7 | | |

**Correspondent**

Correspondent Name: BRUCE GOTO

Correspondent Address: 1001 4TH AVE., SUITE 4500
SEATTLE, WA 98154

**Domestic Representative**

Domestic Representative Name: BRUCE GOTO

Domestic Representative Address: 1001 4TH AVE. #4500
SEATTLE, WA 98154

## Assignment 2 of 3

| | |
|---|---|
| Conveyance: | SECURITY INTEREST |
| Reel/Frame: | 5987/0153 |
| Date Recorded: | Feb. 10, 2017 |
| Supporting Documents: | assignment-tm-5987-0153.pdf |

Pages: 12

**Assignor**

| | | | |
|---|---|---|---|
| Name: | SAJE NATURAL BUSINESS, INC. | Execution Date: | Feb. 10, 2017 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CANADA |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | OWL ROCK CAPITAL CORPORATION | State or Country Where Organized: | MARYLAND |
| Legal Entity Type: | CORPORATION | | |
| Address: | 245 PARK AVENUE 41ST FLOOR | | |

NEW YORK, NEW YORK 10167

**Correspondent**

Correspondent Name: RAFFAELE A. DEMARCO

Correspondent Address: 125 BROAD STREET
SULLIVAN & CROMWELL LLP
NEW YORK, NY 10004-2498

**Domestic Representative - Not Found**

---

## Assignment 3 of 3

Conveyance: ASSIGNMENT OF INTELLECTUAL PROPERTY SECURITY AGREEMENT

Reel/Frame: 6416/0671       Pages: 31

Date Recorded: Jul. 03, 2018

Supporting Documents: assignment-tm-6416-0671.pdf

**Assignor**

Name: OWL ROCK CAPITAL CORPORATION      Execution Date: Jun. 29, 2018

Legal Entity Type: CORPORATION      State or Country Where Organized: MARYLAND

**Assignee**

Name: FLFC LENDING CO.

Legal Entity Type: CORPORATION      State or Country Where Organized: DELAWARE

Address: 599 W. PUTNAM AVENUE
GREENWICH, CONNECTICUT 06830

**Correspondent**

Correspondent Name: JAMES MURRAY

Correspondent Address: 4400 EASTON COMMONS WAY, SUITE 125
CT CORPORATION
COLUMBUS, OH 43219

**Domestic Representative - Not Found**

Exhibit I

aromaBreeze

*Free expedited shipping for all Canadian and US orders over $75 CAD.* <u>Learn More</u>.

✕

home    aromaBreeze



## aromaBreeze
ultrasonic nebulizer

**$74.95**   +   <u>Free Shipping</u> (orders $75+)

*Quantity*

−    1    +



**ADD TO CART** 🛒

Improve air quality and create a healthy atmosphere with therapeutic essential oils.

| Key features & Benefits | + |
|---|---|
| How to Use | + |

✉ f 🐦 g+ 📌

See 34 reviews                    + Write a Review

<u>Returns & Exchanges</u>

---

## YOU MAY ALSO ENJOY









aromaGeni in Taupe    relaxation          happiness          peaceful           back
$59.95               $44.95             $44.95             $44.95             to top

aromaBreeze

*connect with the healing power of plants*

Privacy Policy Terms Of Use Copyright © 2016 Saje Natural Business Inc ALL RIGHTS RESERVED

back
to top

Chat now

JS 44 (Rev. 06/17)   JCJ   JCJ   **CIVIL COVER SHEET**   19-CV-2511

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Saje Natural Business, Inc.

**DEFENDANTS**   19   2511

Unitrex, Ltd.

**(b)** County of Residence of First Listed Plaintiff   British Columbia, Canada
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Laura A. Genovese, K & G Law LLC
602 S. Bethlehem Pike, Bldg B
Ambler, PA 19002  267-468-7961

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1051 et seq.
Brief description of cause:
Trademark infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____   JUN 10 2019

DATE  6/7/19

SIGNATURE OF ATTORNEY OF RECORD  *Laura A. Genovese*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Saje Natural Business Inc.; Lightworks Building, Unit 500, 22 East 5th Avenue, Vancouver, British Columbia, Canada V5T1G8

Address of Defendant: Unitrex, Ltd.: 5050 Taylor Road, Cleveland, OH 44128

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/7/19 _____ *Attorney-at-Law / Pro Se Plaintiff* _____ 57477 _____ *Attorney I.D. # (if applicable)*

---

CIVIL: (Place a √ in one category only)

**A. Federal Question Cases:**
- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☒ 11. All other Federal Question Cases
  *(Please specify):* Trademark

**B. Diversity Jurisdiction Cases:**
- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability -- Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Laura A. Genovese, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: June 7, 2019 _____ *Attorney-at-Law / Pro Se Plaintiff* _____ 57477 _____ *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

JUN 10 2019

JCJ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19    2511

### CASE MANAGEMENT TRACK DESIGNATION FORM

SAJE NATURAL BUSINESS INC

CIVIL ACTION

v.

UNITREX, Ltd. dba SpaRoom:

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

| June 7, 2019 | Laura A Genovese | SAJE NATURAL BUSINESS. INC. |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| 267-468-7961 | 267-468-7140 | lgenovese@Kassgen.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

JUN 10 2019